Howard D. Silver SBN 90398
Law Offices of Howard D. Silver
638 Lindero Canyon Road, Suite 421
Oak Park, CA 91377
T: (818) 597-2610
F: (818) 879-0862
E: hsilver283@aol.com

Priority   ____
Send       ____
Enter      ____
Closed     ____ ✓
JS-5/JS-6  ____ ✓
JS-2/JS-3  ____
Scan Only  ____

Attorneys for Plaintiff
Jong Gul Park

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JONG GUL PARK<br><br>PLAINTIFF,<br><br>vs.<br><br>TD BANK USA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; DOES 1 THROUGH 25, INCLUSIVE,<br><br>DEFENDANTS. | Case No. 5:16-cv-01827 RGK-KK<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff Jong Gul Park has announced to the Court that all matters in controversy against defendant Experian Information Solutions, Inc. have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, The Court makes and delivers the following ruling:

1

IT IS ORDERED that the claims and causes of action asserted herein by plaintiff Jong Gul Park against defendant Experian Information Solutions, Inc. are in all respects dismissed with prejudice.

DATED this 9TH day of MAY, 2017.

_____
HONORABLE R. GARY KLAUSNER